AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rendell, Marjorie O. | 2. Court or Organization<br><br>USCA - 3CA - Philadelphia | 3. Date of Report<br><br>04/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>601 Market Street, Room 21613<br>Philadelphia, PA 19106-1598 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ ||

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Avenue of the Arts, Inc. |
| 2. Director | Regional Performing Arts Center |
| 3. Member, Board of Overseers | School of Nursing, University of Pennsylvania |
| 4. Executrix | Estate of [               ] |
| 5. Executrix | Estate of Gerry Harkavy |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Rendell, Marjorie O.

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Philadelphia Sports Media L.P. - TV Sports Commentator |
| 2. 2009 | Commonwealth of Pennsylvania - earnings for services as Governor |
| 3. 2009 | City of Philadelphia - pension |
| 4. 2009 | University of Pennsylvania - Instructor |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Penn State | 04/21/09 - 04/22/09 | Uniontown, PA | Speech at Penn State-Fayette | Lodging at Nemacolin |
| 2. | American Bar Assoc | 10/01/09 - 10/02/09 | Hotel Sax - Chicago, IL | Speech on Law- Related Education | Travel, lodging |
| 3. | PennCORD | 10/27/09 - 10/28/09 | Omni Wm. Penn - Pittsburgh, PA | Keynote Speaker Gender Equality Institute | Travel, lodging |
| 4. | Campaign for the Civic Mission of Schools | 10/28/09 | The Newseum - Washington, DC | Steering Committee Meeting | Travel, lodging |
| 5. | (Also see VIII. ADDITIONAL INFORMATION OR EXPLANATIONS) | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell. Marjorie O. | 04/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Philadelphia Orchestra | Academy Ball tickets | $800.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cape Savings Bank, Cape May, NJ | Mortgage on rental property | N |
| 2. Marriott Ownership Resorts, Inc. | Loan on time share units | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04-13-2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Dividend | P1 | T | | | | | |
| 2. -Adams Harkness Sm Cap | | | | | | | | | 2008 Line 3 |
| 3. -Artio Int'l Equity Fund | | | | | | | | | 2008 Line 27 |
| 4. -BlackRock Low Duration Bd | | | | | Buy | 07/30/09 | L | | New |
| 5. -Brandywine | | | | | | | | | 2008 Line 4 |
| 6. -DFA Emerging Mkts Core Equity | | | | | Buy (add'l) | 02/03/09 | J | | 2008 Line 8 |
| 7. -DFA Int'l Value | | | | | | | | | 2008 Line 9 |
| 8. -DFA one year fixed | | | | | Sold (part) | 07/30/09 | L | A | 2008 Line 5 |
| 9. -DFA US Large Cap Value | | | | | Buy (add'l) | 02/03/09 | J | | 2008 Line 7 |
| 10. -DFA U.S. Micro Cap | | | | | | | | | 2008 Line 6 |
| 11. -DFA US Small Cap Value | | | | | | | | | 2008 Line 10 |
| 12. -Dodge & Cox stock | | | | | | | | | 2008 Line 11 |
| 13. -Federated 1-3 year US Gov't Sec. | | | | | Sold (part) | 04/30/09 | L | A | 2008 Line 2 |
| 14. -First Eagle Overseas | | | | | | | | | 2008 Line 13 |
| 15. -Hotchkis & Wiley Large Cap Value | | | | | | | | | 2008 Line 14 |
| 16. -Hotchkis & Wiley Mid-Cap Value | | | | | Buy (add'l) | 02/03/09 | J | | 2008 Line 22 |
| 17. -Janus Fund | | | | | | | | | 2008 Line 15 |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Janus Overseas Fund | | | | | | | | | 2008 Line 16 |
| 19. -Metropolitan West Total Return | | | | | Buy | 04/30/09 | L | | New |
| 20. -Morgan Stanley Inst Emerging Markets | | | | | | | | | 2008 Line 19 |
| 21. -Morgan Stanley Inst International Equity | | | | | | | | | 2008 Line 20 |
| 22. -Royce Opportunity | | | | | | | | | 2008 Line 17 |
| 23. -Royce Value Plus | | | | | | | | | 2008 Line 18 |
| 24. -Schwab Adv Cash Reserv Prem & Cash | | | | | | | | | 2008 Line 1 |
| 25. -Third Avenue Intl Value | | | | | | | | | 2008 Line 24 |
| 26. -Thornburg Intl Value | | | | | Buy (add'l) | 02/03/09 | J | | 2008 Line 25 |
| 27. -Turner Small Cap Equity I | | | | | | | | | 2008 Line 30 |
| 28. -Westcore Intl Frontier | | | | | | | | | 2008 Line 26 |
| 29. -Westcore Mid-Cap Opportunity | | | | | | | | | 2008 Line 28 |
| 30. -Westcore Mido Growth | | | | | | | | | 2008 Line 29 |
| 31. -William Blair Lg Cap Growth | | | | | | | | | 2008 Line 21 |
| 32. -William Blair Intl Smll Cap Growth | | | | | Buy | 02/03/09 | J | | new |
| 33. | | | | | | | | | |
| 34. IRA #2 | A | Dividend | L | T | | | | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | -FirstEagle Global Class I | | | | | | | | | 2008 Line 32 |
| 36. | -Schwab Adv Cash Reserv Prem & Cash | | | | | | | | | 2008 Line 31 |
| 37. | -Thornberg Value Fund | | | | | | | | | 2008 Line 34 |
| 38. | -William Blair Growth | | | | | | | | | 2008 Line 33 |
| 39. | | | | | | | | | | |
| 40. | IRA #3 | B | Dividend | M | T | | | | | |
| 41. | -Artio Int'l Equity Fund | | | | | | | | | 2008 Line 41 |
| 42. | -DFA Emerging Markets Core Equity | | | | | | | | | 2008 Line 37 |
| 43. | -DFA Intl Value | | | | | | | | | 2008 Line 38 |
| 44. | -DFA One Yr Fixed | | | | | | | | | 2008 Line 36 |
| 45. | -Federated 1-3 Yr. U.S. Gov't Sec. | | | | | | | | | 2008 Line 40 |
| 46. | -Hotchkis & Wiley Large Cap Value | | | | | | | | | 2008 Line 39 |
| 47. | -Metropolitan West Total Return | | | | | Buy | 07/30/09 | J | | New |
| 48. | -Morgan Stanley Int'l Equity | | | | | | | | | 2008 Line 42 |
| 49. | -Royce Opportunity Fund | | | | | | | | | 2008 Line 44 |
| 50. | -Royce Value Plus | | | | | Buy | 02/03/09 | J | | New |
| 51. | -Schwab Adv Cash Reserv Prem & Cash | | | | | | | | | 2008 Line 35 |

1. Income Gain Codes. (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04-13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Third Ave Intl Value | | | | | | | | | 2008 Line 45 |
| 53 -Turner Core Growth | | | | | | | | | 2008 Line 46 |
| 54 -Turner Small Cap Equity | | | | | | | | | 2008 Line 53 |
| 55. -Westcore Mid Cap Opportunity | | | | | Buy (add'l) | 02/03/09 | J | | 2008 Line 48 |
| 56. -Westcore Midco Growth | | | | | Buy (add'l) | 02/03/09 | J | | 2008 Line 49 |
| 57. | | | | | | | | | |
| 58. IRA #4 | A | Dividend | K | T | | | | | |
| 59. -Adams Harkness Small Cap Growth | | | | | | | | | 2008 Line 55 |
| 60. - Brandywine Fund | | | | | | | | | 2008 Line 51 |
| 61. -Dodge & Cox stock | | | | | | | | | 2008 Line 53 |
| 62. -Morgan Stanley Int'l Equity | | | | | | | | | 2008 Line 54 |
| 63. -Schwab Adv Cash Reserv Prem & Cash | | | | | | | | | 2008 Line 50 |
| 64. | | | | | | | | | |
| 65. Artio Int'l Equity Fund | B | Dividend | K | T | | | | | 2008 Line 77 |
| 66. Baron Growth | A | Dividend | K | T | | | | | 2008 Line 63 |
| 67. Beckman Coulter | A | Dividend | K | T | | | | | 2008 Line 56 |
| 68. Coca Cola | B | Dividend | K | T | | | | | 2008 Line 57 |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | 2008 Line 65 |
| 70. DFA Short Term Muni Bond I | B | Dividend | L | T | Buy | 04/30/09 | L | | New |
| 71. DFA Tax Managed Intl Value | A | Dividend | K | T | | | | | 2008 Line 66 |
| 72. DFA Tax Mgd US Mktwide Value | A | Dividend | K | T | | | | | 2008 Line 68 |
| 73. DFA Tax Mgd US Targeted Value | A | Dividend | K | T | | | | | 2008 Line 67 |
| 74. DFA US Micro Cap | A | Dividend | J | T | | | | | 2008 Line 69 |
| 75. Dodge & Cox Stock | A | Dividend | K | T | | | | | 2008 Line 70 |
| 76. Federal Nat'l Mortgage Assoc. | | None | J | T | | | | | 2008 Line 58 |
| 77. Federated Short Term Muni Bond Fund | B | Dividend | L | T | | | | | 2008 Line 98 |
| 78. First Eagle Overseas CL1 | A | Dividend | K | T | | | | | 2008 Line 71 |
| 79. General Electric - common stock | B | Dividend | K | T | | | | | 2008 Line 59 |
| 80. GlaxoSmithKline | B | Dividend | K | T | | | | | 2008 Line 61 |
| 81. Hotchkis & Wiley Large Cap Value | A | Dividend | J | T | | | | | 2008 Line 72 |
| 82. Hotchkis & Wiley Mid Cap Value | A | Dividend | J | T | | | | | 2008 Line 73 |
| 83. Janus Fund | A | Dividend | K | T | | | | | 2008 Line 74 |
| 84. Janus Mid Cap Value | A | Dividend | K | T | | | | | 2008 Line 75 |
| 85. Janus Overseas Fund | A | Dividend | K | T | | | | | 2008 Line 76 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. McDonalds Corp. | A | Dividend | K | T | | | | | 2008 Line 60 |
| 87. Metropolitan West Total Return | B | Dividend | L | T | Buy | 07/30/09 | L | | New |
| 88. Morgan Stanley Int'l Equity | B | Dividend | K | T | | | | | 2008 Line 78 |
| 89. Royce Opportunity Fund | A | Dividend | K | T | | | | | 2008 Line 80 |
| 90. Schwab Money Market & Cash | A | Dividend | L | T | | | | | 2008 Line 81 |
| 91. Sound Shore | A | Dividend | K | T | | | | | 2008 Line 82 |
| 92. Third Avenue Intl Value | A | Dividend | K | T | | | | | 2008 Line 83 |
| 93. Turner Core Growth | A | Dividend | K | T | | | | | 2008 Line 84 |
| 94. Turner Small Cap Equity | | None | J | T | | | | | 2008 Line 85 |
| 95. Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | 2008 Line 62 |
| 96. Westcore Intl Frontier Fund | A | Dividend | K | T | | | | | 2008 Line 88 |
| 97. Westcore Mid Cap Value | A | Dividend | K | T | | | | | 2008 Line 86 |
| 98. Westcore Midco Growth | | None | K | T | | | | | 2008 Line 87 |
| 99. William Blair Large Cap Growth | A | Dividend | K | T | | | | | 2008 Line 89 |
| 100. William Blair Mid Cap | | None | K | T | | | | | 2008 Line 90 |
| 101. Schroder Short Term Muni Bond Fund | B | Dividend | | | Sold | 12/17/09 | K | A | 2008 Line 91 |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | | P4 = More than $50,000,000 | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Rental property in Ocean City, NJ (2000 - $645,000) | E | Rent | P1 | S | | | | | 2008 Line 96 |
| 104. | | | | | | | | | |
| 105. DFA One Year Fixed Income - See Part VIII For #105-125 | B | Dividend | L | T | | | | | 2008 Line 97 |
| 106. Merck & Co Inc | A | Dividend | | | Distributed | 04/23/09 | K | | 2008 Line 99 |
| 107. Pfizer Inc | B | Dividend | | | Distributed | 04/23/09 | L | | 2008 Line 100 |
| 108. Brandywine Fund | | None | | | Distributed | 04/23/09 | K | | 2008 Line 101 |
| 109. DFA Emerging Markets Eq | A | Dividend | | | Distributed | 04/23/09 | J | | 2008 Line 102 |
| 110. DFA Intl Value | A | Dividend | | | Distributed | 04/23/09 | J | | 2008 Line 104 |
| 111. DFA Tax Managed US Markets | A | Dividend | | | Distributed | 04/23/09 | K | | 2008 Line 105 |
| 112. DFA US Small Cap Value | | None | . | | Distributed | 04/23/09 | J | | 2008 Line 106 |
| 113. DFA US Micro Cap | A | Dividend | | | Distributed | 04/23/09 | J | | 2008 Line 107 |
| 114. First Eagle Overseas CL 1 | | None | | | Distributed | 04/23/09 | J | | 2008 Line 108 |
| 115. Hotchkis & Wiley Large Cap Value | | None | | | Distributed | 04/23/09 | J | | 2008 Line 109 |
| 116. Hotchkis & Wiley Mid Cap Value | | None | | | Distributed | 04/23/09 | J | | 2008 Line 110 |
| 117. Janus Fund | | None | | | Distributed | 04/23/09 | K | | 2008 Line 11 |
| 118. Janus Overseas | | None | | | Distributed | 04/23/09 | K | | 2008 Line 112 |
| 119. Morgan Stanley Inst Intl Equity | | None | | | Distributed | 04/23/09 | J | | 2008 Line 113 |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04 13 2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Royce Opportunity Fund | | None | | | Distributed | 04/23/09 | J | | 2008 Line 115 |
| 121. Sound Shore Fund | | None | | | Distributed | 04/23/09 | J | | 2008 Line 116 |
| 122. Third Ave Intl Value | | None | | | Distributed | 04/23/09 | J | | 2008 Line 117 |
| 123. Westcore Intl Frontier Retail | | None | | | Distributed | 04/23/09 | J | | 2008 Line 118 |
| 124. Westcore Mid Cap Value Retail | | None | | | Distributed | 04/23/09 | J | | 2008 Line 119 |
| 125. Schwab Adv Cash Reserve Prem & Cash | | None | | | Distributed | 04/23/09 | L | | 2008 Line 120 |
| 126. | | | | | | | | | |
| 127. State Street Institutional Reserve | A | Dividend | K | T | | | | | |

1 Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04-13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IV. REIMBURSEMENTS

As First Lady of the Commonwealth of Pennsylvania, I have founded the Pennsylvania Coalition for Representative Democracy (PennCORD), which is committed to improving civic learning for students in grades K-12. The other founding partners of the coalition include the Pennsylvania Department of Education, the Pennsylvania Bar Association, and the National Constitution Center. Travel in and around Pennsylvania for PennCORD is paid for by the Commonwealth or PennCORD, transportation is via state owned car, bus, or plane.

Part VII. INVESTMENTS AND TRUSTS

Lines 105 through 125 - Assets of Decedent's Estate:
The items listed in Section VII at lines #105 through 124 are investment assets of the Estate [ ] of which I am the Executrix. These assets were distributed to the beneficiaries of Virginia's estate in 2009.

Line 127 - Assets of Decedent's Estate:
The item listed in Section VII at line 126 is an investment asset of the Estate of Gerry Harkavy, Deceased, of which I am the Executrix

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF                                                    CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544